In the Matter of the Claim of PATRICK A. SULLIVAN, Appellant, against GLENS FALLS PORTLAND CEMENT COMPANY et al., Respondents.

STATE INDUSTRIAL BOARD, Respondent.

*Workmen's Compensation Law — injury to one employed to furnish and run ensilage cutter — award properly rescinded upon ground that at time of injury he was an independent contractor and a farm laborer.*

*Sullivan* v. *Glens Falls Portland Cement Co.*, 202 App. Div. 854, affirmed.

(Argued October 5, 1922; decided October 24, 1922.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered

August 16, 1922, which affirmed a decision of the state industrial board rescinding an award previously made under the Workmen's Compensation Law. Claimant was employed by the Glens Falls Portland Cement Company to furnish and operate an ensilage cutter during the filling of a silo on its farm. While starting the machinery his clothing was caught therein and he was injured. The industrial board rescinded a prior award made to him upon the ground that at the time of the injury he was an independent contractor and a farm laborer.

*Jeremiah F. Connor* and *J. M. Cronin* for appellant.

*Charles D. Newton,* Attorney-General (*E. C. Aiken* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ. Dissenting: HOGAN, J.